Stanley Lorenzo **WILLIAMS,**
Plaintiff–Appellant,

v.

**D.W. GRIFFIN; Cabarrus County, Sheriff Department; W. Erwin Spainhour,**
Defendant–Appellee.

No. 03–6687.

United States Court of Appeals,
Fourth Circuit.

Submitted June 19, 2003.

Decided June 26, 2003.

Stanley Lorenzo Williams, Appellant pro se.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Stanley Lorenzo Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *See Williams v. Griffin,* No. CA–03–218–1 (M.D.N.C. Apr. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*